In re Marriage of Fred M. HAEHNEL, Petitioner/Respondent,

v.

Carol A. DRURY f/k/a Carol A. Haehnel, Respondent/Appellant.

No. 61828.

Missouri Court of Appeals, Eastern District, Division Two.

June 8, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 14, 1993.

Application to Transfer Denied Aug. 17, 1993.

Harold G. Johnson, Mitchell D. Johnson, St. Ann, for respondent, appellant.

Alisse C. Camazine, Leigh Joy Carson, St. Louis, for petitioner, respondent.

Before CRANDALL, P.J., and PUDLOWSKI and GRIMM, JJ.

## ORDER

PER CURIAM.

Mother filed a motion to modify custody asking for permission to move the parties' children to the State of California. Father filed a counter-motion seeking custody. The trial court denied mother's motion and granted custody to father. Mother appeals.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).